

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Marvin Lynn Fleming, Jr., Appellant

No. 06-22-00050-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28581). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the appellant was convicted under Section 22.01(b-3) of the Texas Penal Code. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Marvin Lynn Fleming, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 19, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk